# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:25−cv−10286−HDV−MBK

| | |
|---|---|
| Scott Baker v. Billdon LLC | Date Filed: 10/23/2025 |
| Assigned to: Judge Hernan D. Vera | Date Terminated: 06/22/2026 |
| Referred to: Magistrate Judge Michael B. Kaufman | Jury Demand: Plaintiff |
| Cause: 28:1338 Patent Infringement | Nature of Suit: 830 Patent |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Scott Baker**                            represented by **Scott Baker**
5518 Kester Ave.
Sherman Oaks, CA 91411
818−523−9193
PRO SE

V.

**Defendant**

**Billdon LLC**                            represented by **Emily Mae−Yen Ross**
*A Washington Corportation*                Seed Intellectual Property Law Group LLP
*doing business as*                        701 5th Avenue, Suite 5400
Billy Footwear                             Seattle, WA 98104
206−622−4900
Fax: 206−682−6031
Email: emily.ross@seedip.com
*ATTORNEY TO BE NOTICED*

**Jeffrey E. Danley**
Seed IP Law Group LLP
701 Fifth Avenue, Suite 5400
Seattle, WA 98104
206−622−4900
Email: Jeff.Danley@seedip.com
*ATTORNEY TO BE NOTICED*

**David C Yang**
Hawkinson Yang LLP
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
213−634−0370
Fax: 213−260−9305
Email: dyang@hycounsel.com
*ATTORNEY TO BE NOTICED*

Email All AttorneysEmail All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 10/23/2025 | Ï 1 | |

| | | COMPLAINT against Defendant Billdon LLC.Case assigned to Judge Hernan D. Vera for all further proceedings. Discovery referred to Magistrate Judge Michael B. Kaufman.(Filing fee $ 405 FEE PAID) Jury Demanded., filed by Plaintiff Scott Baker. (Attachments: # 1 Civil Cover Sheet) (aus) (Entered: 10/29/2025) |
|---|---|---|
| 10/23/2025 | Ï 3 | Certification and Notice of Interested Parties filed by Plaintiff Scott Baker, (aus) (Entered: 10/29/2025) |
| 10/27/2025 | Ï 2 | 21 DAY Summons Issued re Complaint – (Discovery), 1 as to Defendant Billdon LLC. (aus) (Entered: 10/29/2025) |
| 10/29/2025 | Ï 4 | NOTICE OF ASSIGNMENT to District Judge Hernan D. Vera and Magistrate Judge Michael B. Kaufman. (aus) (Entered: 10/29/2025) |
| 10/29/2025 | Ï 5 | NOTICE TO PARTIES OF COURT–DIRECTED ADR PROGRAM filed. (aus) (Entered: 10/29/2025) |
| 10/29/2025 | Ï 6 | Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge. (aus) (Entered: 10/29/2025) |
| 10/30/2025 | Ï 7 | NOTICE TO COUNSEL RE: Copyright, Patent and Trademark Reporting Requirements. Counsel shall file the appropriate AO–120 and/or AO–121 form with the Clerk within 10 days. (aus) (Entered: 10/30/2025) |
| 10/30/2025 | Ï 8 | CIVIL STANDING ORDER by Judge Hernan D. Vera. (wm) (Entered: 10/30/2025) |
| 11/05/2025 | Ï 9 | REPORT ON THE FILING OF AN ACTION Regarding a Patent or a Trademark (Initial Notification) filed by Scott Baker. (lom) (Entered: 11/12/2025) |
| 12/04/2025 | Ï 10 | STIPULATION Extending Time to Answer the complaint as to Billdon LLC answer now due 12/22/2025, re Complaint – (Discovery), 1 filed by Defendant Billdon LLC.(Attorney David C Yang added to party Billdon LLC(pty:dft))(Yang, David) (Entered: 12/04/2025) |
| 12/04/2025 | Ï 11 | CERTIFICATE of Interested Parties filed by Defendant Billdon LLC, (Yang, David) (Entered: 12/04/2025) |
| 12/09/2025 | Ï 12 | PROOF OF SERVICE Executed by Plaintiff Scott Baker, upon Defendant Billdon LLC served on 11/17/2025, answer due 12/8/2025. Service of the Summons and Complaint were executed upon John Doe; thereafter by mail. (lom) (Entered: 12/18/2025) |
| 12/09/2025 | Ï 13 | PROOF OF SERVICE Executed by Plaintiff Scott Baker, upon Defendant Billdon LLC served on 12/8/2025, answer due 12/29/2025. Service of the Summons and Complaint were executed upon Mary Reed, person authorized to receive service of process, in compliance with California Code of Civil Procedure. (lom) (Entered: 12/18/2025) |
| 12/09/2025 | Ï 14 | PROOF OF SERVICE DOCUMENTS filed by Plaintiff Scott Baker. A) Proof of Service – 1 12 included an unsigned Summons file. B) During a "meet and confer" call with the Defendant's lawyer I was informed the Summons attached to the complaint was unsigned. C) Proof of Service –2 13 included the correct, and signed, Summons along with the entire complaint. (lom) Modified on 12/18/2025 (lom). (Entered: 12/18/2025) |
| 12/22/2025 | Ï 15 | NOTICE OF MOTION AND MOTION to Dismiss Case filed by Defendant Billdon LLC. Motion set for hearing on 2/12/2026 at 10:00 AM before Judge Hernan D. Vera. (Attachments: # 1 Memorandum of Points and Authorities, # 2 Declaration of Darin Donaldson, # 3 Proposed Order) (Yang, David) (Entered: 12/22/2025) |
| 01/21/2026 | Ï 16 | CERTIFICATE of Interested Parties filed by Plaintiff Scott Baker. (lom) (Entered: 01/26/2026) |

| | | |
|---|---|---|
| 01/21/2026 | 17 | STRICKEN, see doc 20 – STIPULATION AND PROPOSED ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT 1 filed by Plaintiff Scott Baker.(lom) Modified on 1/27/2026 (lom). (Entered: 01/26/2026) |
| 01/23/2026 | 18 | NOTICE TO FILER OF DEFICIENCIES in Filed Document RE: Stipulation and Proposed Order Granting Leave to File – Correct 17 . The following error(s) was/were found: Proposed document was not submitted or was not submitted as a separate attachment. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (lom) (Entered: 01/26/2026) |
| 01/26/2026 | 19 | STRICKEN, see doc 20 – FIRST AMENDED COMPLAINT 1 ; Jury Trial Demanded against Defendant Billdon LLC filed by Plaintiff Scott Baker. (Attachments: # 1 Part 2, # 2 Part 3)(lom) Modified on 1/27/2026 (lom). (Entered: 01/26/2026) |
| 01/27/2026 | 20 | ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S) by Judge Hernan D. Vera: the following document(s) be STRICKEN for failure to comply with the Local Rules, General Order and/or the Courts Case Management Order: Stipulation to Amend/Correct 17 , First Amended Complaint 19 , for the following reasons: Proposed Document was not submitted as separate attachment. Missing defense counsel's signature. No separate proposed order attached. No proposed amended complaint attached. The amended complaint found at Dkt. #19 has not been approved by the Court for filing. (lom) (Entered: 01/27/2026) |
| 02/02/2026 | 21 | MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT 1 filed by Plaintiff Scott Baker. (Attachments: # 1 [Prop] Order) (lom) (Entered: 02/05/2026) |
| 02/02/2026 | 22 | NOTICE OF MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT 21 filed by Plaintiff Scott Baker. (lom) (Entered: 02/05/2026) |
| 02/02/2026 | 23 | PLAINTIFF(S) CORRECTED STIPULATION TO FILE FIRST AMENDED COMPLAINT 1 filed by Plaintiff Scott Baker.(lom) (Entered: 02/05/2026) |
| 02/02/2026 | 24 | NOTICE OF LODGING PROPSED FIRST AMENDED COMPLAINT filed by Plaintiff Scott Baker (Attachments: # 1 FAC – Clean Version Part 1, # 2 FAC – Clean Version Part 2, # 3 FAC – Red Lined Version Part 1, # 4 FAC – Red Lined Version Part 2)(lom) (Entered: 02/06/2026) |
| 02/02/2026 | 25 | REQUEST FOR LEAVE TO FILE LATE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Plaintiff Scott Baker. (lom) (Entered: 02/06/2026) |
| 02/02/2026 | 26 | PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO Billdon LLC STATE A CLAIM 15 filed by Plaintiff Scott Baker. (lom) (Entered: 02/06/2026) |
| 02/02/2026 | 27 | REQUEST FOR LEAVE TO FILE LATE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR IMPROPER VENUE filed by Plaintiff Scott Baker. (lom) (Entered: 02/06/2026) |
| 02/02/2026 | 28 | OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR IMPROPER VENUE 15 filed by Plaintiff Scott Baker. (lom) (Entered: 02/06/2026) |
| 02/02/2026 | 29 | PROOF OF SERVICE by electronic mail on 2/2/26 to Jeffrey Danley, David YangHawkinson Yang re docs 25 26 27 28 filed by Plaintiff Scott Baker. (lom) (Entered: 02/06/2026) |
| 02/09/2026 | 30 | TEXT ONLY ENTRY (IN CHAMBERS) ORDER by Judge Hernan D. Vera: The Court, having reviewed the parties' Stipulation to File First Amended Complaint 23 , and good cause appearing therefore, grants Plaintiff leave to file the First Amended Complaint. Plaintiff shall file the First Amended Complaint no later than February 19, 2026. (wm) (Entered: 02/09/2026) |
| 02/09/2026 | 31 | |

|  |  |  | TEXT ONLY ENTRY (IN CHAMBERS) ORDER by Judge Hernan D. Vera: The Court, having granted Plaintiff leave to file a First Amended Complaint, hereby denies Defendant's Motion to Dismiss 15 as moot. The Court also renders moot Plaintiff's motion for leave 21 and Plaintiff's requests for leave 25 , 27 . (wm) (Entered: 02/09/2026) |
|---|---|---|---|
| 02/17/2026 | 32 | FIRST AMENDED COMPLAINT 1 ; Jury Trial Demand against Defendant Billdon LLC 1 filed by Plaintiff Scott Baker. (Attachments: # 1 Part 2)(lom) (Entered: 02/24/2026) |
| 02/25/2026 | 33 | PROOF OF SERVICE by electronic mail on 2/25/26 re First Amended Complaint 32 to Jeffrey Danley, David Yang filed by Plaintiff Scott Baker. (lom) (Entered: 03/04/2026) |
| 03/09/2026 | 34 | NOTICE OF MOTION AND MOTION to Dismiss First Amended Complaint filed by Defendant Billdon LLC. Motion set for hearing on 6/4/2026 at 10:00 AM before Judge Hernan D. Vera. (Attachments: # 1 Memorandum of Points and Authorities, # 2 Declaration of Darin Donaldson, # 3 Proposed Order) (Yang, David) (Entered: 03/09/2026) |
| 03/13/2026 | 35 | PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR IMPROPER VENUE 34 filed by Plaintiff Scott Baker. (lom) (Entered: 03/16/2026) |
| 05/21/2026 | 36 | REPLY in support of NOTICE OF MOTION AND MOTION to Dismiss First Amended Complaint 34 filed by Defendant Billdon LLC. (Attachments: # 1 Exhibit 1)(Yang, David) (Entered: 05/21/2026) |
| 05/28/2026 | 37 | TEXT ONLY ENTRY (IN CHAMBERS) ORDER CONTINUING DEFENDANT BILLDON LLC'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT 34 by Judge Hernan D. Vera: The Court on its own motion, continues the motion from June 4, 2026 to June 11, 2026 at 10:00 a.m. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (dto) TEXT ONLY ENTRY (Entered: 05/28/2026) |
| 06/11/2026 | 38 | MINUTES OF DEFENDANT BILLDON LLC.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT 34 held before Judge Hernan D. Vera: Having heard oral argument on the motion, the Court takes the motion under submission. Time in court: 12 min(s). Attorney for Plaintiff(s): Pro Se Scott Baker. Attorney for Defendant(s): Jeffrey Danley. Court Reporter: CourtSmart. CRD: Wendy Hernandez. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (wm) (Entered: 06/11/2026) |
| 06/22/2026 | 39 | ORDER TRANSFERRING CASE 34 by Judge Hernan D. Vera. For the foregoing reasons, Defendant's Motion is granted. The Court orders that the Clerk of this Court transfer this matter to the United States District Court for the Western District of Washington. (MD JS–6. Case Terminated.) (lom) (Entered: 06/23/2026) |
| 06/23/2026 | 40 | REPORT ON THE DETERMINATION OF AN ACTION Regarding a Patent or Trademark. (Closing) (Attachments: # 1 Order) (lom) (Entered: 06/23/2026) |